United States Court of Appeals
Fifth Circuit

**F I L E D**

April 17, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-40989
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCOS ANTONIO AGUILAR-TORRES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:05-CR-71-2
--------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

Counsel appointed to represent Marcos Antonio Aguilar-Torres
has moved to withdraw and has filed a brief as required by Anders
v. California, 386 U.S. 738 (1967). Our independent review of
counsel's brief and the record discloses no nonfrivolous issue.
Accordingly, the motion for leave to withdraw is GRANTED, counsel
is excused from further responsibilities herein, and the APPEAL
IS DISMISSED. See 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.